UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS NIBIKORA, et al., | NO. SACV 18-0305-GW (KS) |
| Plaintiffs-Petitioner, | |
| v. | JUDGMENT |
| JEFFERSON B. SESSIONS III, et al., | |
| Defendants-Respondents. | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 20, 2018

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1